# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| MAURICIO LEPE-CHOLICO, | * | |
| | * | |
| Movant, | * | CIVIL ACTION NO.: 2:15-cv-170 |
| | * | |
| v. | * | (Crim. Case No.: 2:14-cr-12) |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's April 25, 2018 Report and Recommendation, dkt. no. 18, to which neither party filed Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **GRANTS** Lepe-Cholico's Oral Motion to Dismiss his 28 U.S.C. § 2255 Motion with Prejudice, (doc. 17), and **DISMISSES with prejudice** Lepe-Cholico's Motion to Vacate, Set Aside, or Correct his Sentence filed pursuant to 28 U.S.C. § 2255, dkt. no. 1. Further, the Court **DENIES** Lepe-Cholico leave to appeal *in forma pauperis* and **DENIES** Lepe-Cholico a Certificate of Appealability.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 25 day of June, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA